**JS -6**
**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2617 PSG (JWJx) | Date | May 11, 2009 |
|---|---|---|---|
| Title | Allstate Insurance Co. v. ABS Freight System, Inc. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

Not Present     Not Present

**Proceedings:**     **(In Chambers) Remand Order**

On April 15, 2009, ABF Freight System, Inc. ("ABF") filed a notice of removal in this matter. However, as it turns out, the day before ABF filed its notice of removal, the Superior Court of the State of California, County of Los Angeles issued an order of dismissal in the underlying matter, *Allstate Ins. Co. v. ABS Fright System, Inc.*, Case No. PC044235.

28 U.S.C. § 1441 only allows removal when an action is pending. As ABF attempted to remove a case that no longer existed, removal was improper. Therefore, the Court REMANDS the case.

**IT IS SO ORDERED.**